**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN OF OHIO**
**DAYTON DIVISION**

|  |  |
|---|---|
| IN RE:<br><br>**JORDAN WESLEY MILLER**<br>**KALA MARIE MILLER**<br><br><br><br><br><br>**Debtor(s)** | ) **IN PROCEEDINGS UNDER**<br>) **CHAPTER 13**<br>)<br>) **CASE NO.: 17-30107**<br>)<br>) **JUDGE: GUY R. HUMPHREY**<br>)<br>)<br>) **RESPONSE TO MOTION FOR**<br>) **AUTHORITY TO SELL REAL ESTATE**<br>)<br>) |

NOW COMES THE SECURED CREDITOR, Wells Fargo Bank, N.A., by and through its counsel, and hereby files its Response to the Debtor's Motion for Authority to Sell Real Estate in the above-captioned matter. Wells Fargo Bank, N.A. holds the first mortgage on the property located at 207 Auburn Meadows Court, Franklin, OH 45005.  As such it is entitled to have its first mortgage paid in full from the proceeds of the Sale.

WHEREFORE, Wells Fargo Bank, N.A. prays that its mortgage be paid in full through the date of closing from the proceeds of the Sale.

Respectfully Submitted,

/s/ Matthew Murtland
Shapiro, Van Ess, Phillips & Barragate, LLP
Matthew Murtland (0088290)
4805 Montgomery Road, Suite 320
Norwood, OH 45212
Phone:  (513) 396-8100
Fax:  (847) 627-8805
mmurtland@logs.com

## **CERTIFICATE OF SERVICE**

      I certify that on July 18, 2017, copies of the foregoing were served by mailing the same by ordinary U.S. Mail, postage prepaid, and/or electronically as permitted by local rule, to the persons listed below.

**Served by Regular U.S. Mail**

Jordan W. Miller
18 S. Maple St.
New Lebanon, OH 45345

Kala M. Miller a/k/a Kayla Marie Manning-Topp
18 S. Maple St.
New Lebanon, OH 45345

**Electronic Mail Notice List**

Richard E. West
195 East Central Avenue
PO Box 938
Springboro, OH 45066

Paul Spaeth
7925 Paragon Road
Suite 101
Dayton, OH 45459

Asst US Trustee
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215

                                                /s/ Matthew Murtland
                                                Shapiro, Van Ess, Phillips & Barragate, LLP
                                                Matthew Murtland (OH-0088290)
                                                4805 Montgomery Road, Suite 320
                                                Norwood, OH 45212
                                                Phone: (513) 396-8100
                                                Fax: (847) 627-8805
                                                Email: mmurtland@logs.com